IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KIMBERLY MALE, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:18-cv-00065-IMK |
| § | |
| v. § | |
| § | |
| KOHL'S DEPARTMENT STORES, § | |
| INC., § | |
| § | |
| Defendant. § | |
| § | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: October 31, 2018

By: /s/ John N. Ellem
John N. Ellem, Esq.
Ellem Law Office, PLLC
Post Office Box 322
Parkersburg, WV 26102-0322
(304) 424-5297
Fax: (304) 865-1585
Email: john@ellemlawoffice.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I, John M. Ellem, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Carrie Goodwin Fenwick, Esq.
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107
Phone: (304) 346-7000
Fax: 304-344-9692
Email: cgf@goodwingoodwin.com
Attorney for Defendant

Dated: October 31, 2018                          By: /s/ John N. Ellem
                                                       John N. Ellem, Esq.
                                                       Ellem Law Office, PLLC
                                                       Post Office Box 322
                                                       Parkersburg, WV 26102-0322
                                                       (304) 424-5297
                                                       Fax: (304) 865-1585
                                                       Email: john@ellemlawoffice.com
                                                       Attorney for the Plaintiff