# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KIMBERLY MALE, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:18-cv-00065-IMK |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
|        Defendant. | ) |
| | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick, Esq.
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107
(304) 346-7000
Fax: 304-344-9692
Email: cgf@goodwingoodwin.com
Attorney for the Defendant

Date: December 4, 2018

/s/ John N. Ellem
John N. Ellem, Esq.
Ellem Law Office, PLLC
Post Office Box 322
Parkersburg, WV 26102-0322
(304) 424-5297
Fax: (304) 865-1585
Email: john@ellemlawoffice.com

/s/ Richard J. Albanese
Richard J. Albanese, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
(267) 468-7659
Fax: (877) 788-2864
Email: teamkimmel@creditlaw.com
Attorneys for Plaintiff

Date: December 4, 2018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 4th day of December, 2018:

Carrie Goodwin Fenwick, Esq.
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107
(304) 346-7000
Fax: 304-344-9692
Email: cgf@goodwingoodwin.com.
Attorney for the Defendant

                                            */s/ John N. Ellem*
                                            John N. Ellem, Esq.
                                            Ellem Law Office, PLLC
                                            Post Office Box 322
                                            Parkersburg, WV 26102-0322
                                            (304) 424-5297
                                            Fax: (304) 865-1585
                                            Email: john@ellemlawoffice.com

                                            */s/ Richard J. Albanese*
                                            Richard J. Albanese, Esq.
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            (267) 468-7659
                                            Fax: (877) 788-2864
                                            Email: teamkimmel@creditlaw.com
                                            Attorneys for Plaintiff