```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

KIMBERLY MALE,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:18cv65
                                       (Judge Keeley)

KOHL'S DEPARTMENT STORES, INC.,

## ORDER OF DISMISSAL

On December 4, 2018, the parties in this matter filed a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 25). The Court therefore **DISMISSES** this civil action with prejudice and **ORDERS** that it be terminated from the active docket.

    The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 4, 2018

```
                         /s/ Irene M. Keeley
                         IRENE M. KEELEY
                         UNITED STATES DISTRICT JUDGE
```